# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GOODLOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00662-NODJ-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER<br><br>(ECF No. 20) |

　　　Plaintiff Ivan Goodlow ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Gomez for excessive force in violation of the Eighth Amendment.

　　　On November 30, 2023, Defendant answered Plaintiff's complaint.  (ECF No. 16.)  On December 13, 2023, Plaintiff filed a response to Defendant's answer in the form of an opposition.  (ECF No. 20.)

　　　In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer.  Fed. R. Civ. P. 7(a).  The Court has not ordered a reply to Defendant's answer and declines to make such an order.

　　　Accordingly, Plaintiff's opposition to Defendant's answer, filed December 13, 2023, (ECF No. 20), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

　　Dated:　**December 14, 2023**　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1