# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GOODLOW, | Case No. 1:23-cv-00662-NODJ-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION TO EXCUSE ATTENDANCE OF INDIVIDUAL WITH FULL AUTHORITY AT SETTLEMENT CONFERENCE |
| v. | |
| GOMEZ, | |
| Defendant. | (ECF No. 25) |

Plaintiff Ivan Goodlow ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is currently set for a video settlement conference, via the Zoom videoconferencing application, before Magistrate Judge Stanley A. Boone, on February 8, 2024, at 9:00 a.m.  (ECF No. 33.)

On January 31, 2024, Defendant filed an *ex parte* motion to excuse the attendance of an individual with full settlement authority—in this case, the Senior Assistant Attorney General ("SAAG") or designee—at the settlement conference.  (ECF No. 25.)  Defendant seeks the Court's permission to excuse the personal attendance of the SAAG or designee because they oversee numerous litigation matters and it would be a hardship for that attorney to be unavailable to attend to the state's business while providing full-time attention to the settlement conference for several hours.  Defendant's counsel will attend the settlement conference and have authority to enter into a settlement agreement on behalf of Defendant, and the SAAG or designee will be on

1

telephonic standby during the settlement conference.  (*Id.*)

Plaintiff has not yet had the opportunity to respond, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Having considered the request, Defendant's request is granted.  The Court further finds that Plaintiff will not be prejudiced by excusing the SAAG or designee's personal appearance at the settlement conference.

Accordingly, Defendant's *ex parte* motion to excuse the attendance of an individual with full authority at the February 8, 2024 video settlement conference, (ECF No. 25), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **February 1, 2024**          /s/ *Barbara A. McAuliffe*          _
                                                                UNITED STATES MAGISTRATE JUDGE