UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GOODLOW,<br><br>          Plaintiff,<br><br>    v.<br><br>GOMEZ,<br><br>          Defendant. | Case No.: 1:23-cv-00662-NODJ-BAM (PC)<br><br>ORDER THAT INMATE IVAN GOODLOW IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Ivan Goodlow is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on February 8, 2024. Inmate Ivan Goodlow, CDCR #AX-3970, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 8, 2024**

                                         UNITED STATES MAGISTRATE JUDGE