UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GOODLOW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOMEZ,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-00662-NODJ-BAM (PC)<br><br>ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES<br><br><br>**NEW CASE NO.: 1:23-cv-00662-BAM (PC)** |

　　　All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c)(1).  (ECF Nos. 22, 34.)

　　　Accordingly, the Court assigns this action to the docket of United States Magistrate Judge Barbara A. McAuliffe for all further proceedings.  All future papers in this action shall bear the new case number:

　　　　　　　　　　　　　　　　**1:23-cv-00662-BAM**

　IT IS SO ORDERED.

DATED:  February 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE