1
2
3
4
5
6 # UNITED STATES DISTRICT COURT
7 ### EASTERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9   IVAN GOODLOW, | Case No.  1:23-cv-00662-BAM (PC) |
| 10           Plaintiff, | ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH |
| 11     v. | PREJUDICE |
| 12   GOMEZ, | (ECF No. 41) |
| 13           Defendant. | |

14

15    Plaintiff Ivan Goodlow ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

16 *pauperis* in this civil rights action under 42 U.S.C. § 1983.

17    Currently before the Court is a stipulation for voluntary dismissal of this action with

18 prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel.

19 (ECF No. 41.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant, and

20 indicates that each party shall bear its own fees, costs, and expenses.

21    Accordingly, this action is terminated by operation of law without further order from the

22 Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this case.

23

24 IT IS SO ORDERED.

25    Dated:  __February 5, 2025__          ___/s/ *Barbara A. McAuliffe*___
26                                         UNITED STATES MAGISTRATE JUDGE

27

28