UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GOODLOW,<br><br>        Plaintiff,<br><br>   v.<br><br>GOMEZ,<br><br>        Defendant. | No. 1:23-cv-00662-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE IVAN GOODLOW, CDCR #AX-3970 |

A settlement conference in this matter commenced on February 3, 2025. Inmate Ivan Goodlow, CDCR #AX-3970, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 2/_/25

UNITED STATES MAGISTRATE JUDGE

1